IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-417-D
No. 5:20-CV-412-D

| | |
|---|---|
| MARK ANTHONY CRUDUP, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On April 6, 2022, the court held a hearing. For the reasons stated in open court, the court GRANTS respondent's motion to dismiss petitioner's 28 U.S.C. § 2255 motion [D.E. 60], DISMISSES petitioner's section 2255 motion [D.E. 51], and DENIES petitioner's motion for appointment of counsel to assist with his section 2255 motion [D.E. 63].

After reviewing the claims presented in petitioner's section 2255 motion, the court finds that reasonable jurists would not find the court's treatment of petitioner's claims debatable or wrong and that the claims do not deserve encouragement to proceed any further. Accordingly, the court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 6 day of April, 2022.

JAMES C. DEVER III
United States District Judge